NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

KENDRICK D. MORRIS,                          )
                                             )
            Appellant,                       )
                                             )
v.                                           )        Case No. 2D17-1498
                                             )
STATE OF FLORIDA,                            )
                                             )
            Appellee.                        )
_____ )

Opinion filed May 3, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Hillsborough County; Chet A. Tharpe,
Judge.

Howard L. Dimmig, II, Public Defender, and
Maureen E. Surber, Assistant Public
Defender, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Kiersten E. Jensen,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


            Affirmed.

MORRIS, SALARIO, and BADALAMENTI, JJ., Concur.